IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT L BEAN, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL NO. 2:17-CV-351 |
| ML MEDICAL DEPT, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

The Court has received Plaintiff's "Petition to Move to Reinstate Civil Action" (Dkt. No. 8) and the January 2, 2018, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 9). The time to file objections has passed, and no objections have been filed. FED. R. CIV. P. 72(b); *see also* M&R, Dkt. No. 9 at 4 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the January 2, 2018, M&R (Dkt. No. 8) and **DENIES** Plaintiff's "Petition to Move to Reinstate Civil Action" (Dkt. No. 8).

SIGNED this 12th day of March, 2018.

Hilda Tagle
Senior United States District Judge

1 / 1